DATE:  September 7, 2021

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Lemar Jason McDaniels, Jr
   v. Commonwealth of Virginia
   Record No. 0153-20-2
   Opinion rendered by Chief Judge Decker on
   June 29, 2021

2. Justin Blake Cox,
   v. Commonwealth of Virginia
   Record No. 1360-20-4
   Opinion rendered by Judge Huff on
   July 6, 2021

3. Kelly Lamont Poole
   v. Commonwealth of Virginia
   Record No. 1177-20-1
   Opinion rendered by Judge Malveaux on
   July 20, 2021

On August 26, 2021 the Supreme Court issued an opinion in the following case, which had been appealed from this Court:

1. City of Charlottesville
   v. William Sclafani
   Record No. 1815-19-2
   Memorandum opinion rendered by Judge Malveaux on May 5, 2020
   Judgment of Court of Appeals affirmed
   (200791)